# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Berol Corporation

                                  Plaintiff,

v.                                                           Case No.: 1:08−cv−01220
                                                                 Honorable James B. Moran

Luxor Writing Instruments Private Limited

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable James B. Moran:Status hearing held on 7/10/2008 and continued to 10/15/2008 at 09:15 AM. Plaintiff's oral motion to extend time for service to 10/15/2008 is granted.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.